UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NTFN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMCAP MORTGAGE, LTD., GREGORY WEBB, COREY KIRKPATRICK, THERESA ALLEN, CRAIG RHODES & RICHARD HEBERT<br><br>    Defendants. | Civil Action No.: 4:19-cv-19 |

## MOTION FOR ENTRY OF AGREED PERMANENT INJUNCTION

COMES NOW Plaintiff NTFN, Inc. ("**NTFN**"), pursuant to an agreement between the parties to this matter, hereby moves for the entry of the attached Ex. A - Agreed Permanent Injunction (the "**Agreed Permanent Injunction**").

### I.  BACKGROUND AND ARGUMENT

1. On January 9, 2019, NTFN filed its Emergency Amended Application for Ex Parte Temporary Restraining Order, Preliminary and Permanent Injunction.

2. On January 10, 2019, the Court entered a Temporary Restraining Order restraining the Defendants' competitive activities.

3. On January 24, 2019, the Court entered an Agreed Amended TRO.

4. The parties have agreed to the entry to the attached Agreed Permanent Injunction.

### II.  PRAYER

For these reasons, NTFN respectfully request that the court issue the attached Agreed Permanent Injunction.

Dated: June 11, 2019                     Respectfully Submitted,

By: */s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
M. Brett Johnson
Texas Bar No. 00790975
mbjohnson@winston.com
John C.C. Sanders, Jr.
Texas Bar No. 24057036
jsanders@winston.com
Hayden L. Duffy
Texas Bar No. 24097975
hduffy@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Telephone:  214-453-6500
Telecopy:   214-453-6400

Elizabeth S. Forrest
TX Bar No. 24086207
SIEBMAN FORREST BURG & SMITH, L.L.P.
300 N. Travis St.
Sherman, TX  75090
Phone:  (903) 870-0070
Fax:  (903) 870-0066
elizabethforrest@siebman.com

***ATTORNEYS FOR PLAINTIFF NTFN, INC.***

## CERTIFICATE OF CONFERENCE

Counsel for all parties have conferred and are in agreement regarding the relief requested herein.

/s/ *Hayden L. Duffy*
Hayden L. Duffy

## CERTIFICATE OF SERVICE

I certify that the above pleading was electronically filed with the United States District Court for the Southern District of Texas by using the CM/ECF system and that all parties or their counsel of record are being served by the ECF system on June 11, 2019.

/s/ *M. Brett Johnson*
M. Brett Johnson