UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NTFN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMCAP MORTGAGE, LTD., GREGORY WEBB, COREY KIRKPATRICK, THERESA ALLEN, CRAIG RHODES & RICHARD HEBERT <br><br> Defendants. | Civil Action No.: 4:19-cv-19 <br> Judge Mazzant |

**AGREED PERMANENT INJUNCTION**

COMES NOW Defendants AmCap Mortgage, Ltd. ("**AmCap**"), Gregory Webb ("**Webb**"), Corey Kirkpatrick ("**Kirkpatrick**"), Theresa Allen ("**Allen**"), Craig Rhodes ("**Rhodes**"), and Richard Hebert ("**Hebert**") (collectively, "**Defendants**"), on the one hand, and Plaintiff NTFN, Inc. ("**NTFN**" or "**Plaintiff**"), on the other hand, and pursuant to an agreement between the parties, hereby stipulate and agree to the entry of this Agreed Permanent Injunction ("**Permanent Injunction**"). Defendants and NTFN have agreed to, and the Court makes, the following findings and orders as set forth below:

**I.    PRELIMINARY STIPULATIONS**

**A.**    This Permanent Injunction is being entered pursuant to the agreements and stipulations of Plaintiff and Defendants contained herein. Plaintiff and Defendants stipulate, and the Court finds based on such stipulation, that this Court has jurisdiction over the subject matter of this action and over Defendants for purposes of this Permanent Injunction, that venue is proper, and that all substantive and procedural prerequisites to the entry of this Permanent Injunction, as

well as its enforceability under and/or its compliance with the Federal Rules of Civil Procedure, have been met and/or are hereby waived by Defendants.

B.  Defendants stipulate that this Permanent Injunction may be entered without Findings of Fact and Conclusions of Law and waive all rights to request such findings or conclusions.

## II. INJUNCTIVE RELIEF

Based upon the stipulations of Plaintiff and Defendants and the findings set forth herein, the Court is of the opinion and finds that this Permanent Injunction should be rendered and entered. It is, therefore, hereby ORDERED, ADJUDGED and DECREED that:

A.  Until March 15, 2020, each of Defendants and/or their affiliates, and anyone acting on their behalf, at their direction and/or for their benefit, shall not solicit, employ and/or receive the benefit of services from any person who was formerly an employee of NTFN on or after December 1, 2018.

B.  It is further provided that the prohibition in Section A against soliciting and employing or receiving the benefit of services from any former employees of NTFN does not prohibit AmCap's employment of Webb, Kirkpatrick, Allen, Rhodes, and Hebert (the "**Individual Defendants**"), all individuals who, as of January 16, 2019, were employed at Lending Edge Mortgage,[1] and any spouse of any of the Individual Defendants or of any of the excluded employees of Lending Edge Mortgage.

C.  Defendants are hereby permanently enjoined from using, disclosing, or transferring any of NTFN's trade secrets or confidential or proprietary business information. If a dispute arises

---

[1] Lending Edge Mortgage is defined as that entity that was formerly known as NTFN, Inc. d/b/a Lending Edge Mortgage and is currently known as AmCap Mortgage, Ltd. d/b/a Lending Edge Mortgage.

as to what may constitute covered trade secrets or confidential or proprietary business information, NTFN agrees to provide notice to Garrett Clayton at gclayton@myamcap.com and Jared Clayton at jared.clayton@myamcap.com, as well as Michael Kim at mkim@mkimlegal.com, at least 3 days prior to NTFN seeking enforcement of this Permanent Injunction, and NTFN agrees to work with Defendants or the Individual Defendants to resolve any such dispute, prior to NTFN seeking enforcement of this Permanent Injunction.

  **D.** It is further ordered that each of Defendants conduct a diligent search of all systems, property, devices and hard-copy files in their custody or control for all non-public NTFN-related materials. Thereafter, Defendants are further ordered to destroy and/or return all such non-public NTFN-related materials to: Blake Priest at BPriest@NTFN.com and Gary McKiddy at GMcKiddy@NTFN.com within seven days of the entry of this Permanent Injunction. Provided however, that Lending Edge Mortgage may maintain information specific to its business and its employees, but may not otherwise maintain non-public information about NTFN.

  It is further ordered that all Defendants shall submit to Plaintiff's counsel sworn affidavits stating that they have complied with the Permanent Injunction and that, to the best of their knowledge, they no longer possess or have access to any NTFN confidential materials within the same timeframe. If at any point any of the Defendants realize that they are inadvertently and unintentionally in possession of non-public NTFN-related materials, they shall immediately inform NTFN via written notice to:

  Blake Priest at BPriest@NTFN.com; and Gary McKiddy at GMcKiddy@NTFN.com

Provided, however, that such notice shall be provided no later than within two business days of discovering such materials. NTFN will then provide written instructions concerning the return and/or destruction of the non-public NTFN-related materials and the inadvertent and unintentional

possession shall not be a violation of this Permanent Injunction, so long as this information has not been used and the possession is reported as required herein.

### III. BOND

Plaintiff and Defendants stipulate that no bond shall be required from Plaintiff in connection with the entry of this Permanent Injunction, and that this Permanent Injunction shall have the full force and effect as if a bond had been posted.

### IV. ABATEMENT OF CASE

The case shall be abated between Plaintiff and Defendants until March 15, 2020, subject to any motion or proceeding before that time concerning enforcement of the terms and conditions of this Permanent Injunction.

The Clerk is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED this 8th day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND ENTRY:**

By: /s/ *Thomas M. Melsheimer*

Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
M. Brett Johnson
Texas Bar No. 00790975
mbjohnson@winston.com
John C.C. Sanders, Jr.
Texas Bar No. 24057036
jsanders@winston.com
Hayden L. Duffy
Texas Bar No. 24097975
hduffy@winston.com
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Telephone: 214-453-6500
Telecopy: 214-453-6400

Elizabeth S. Forrest
TX Bar No. 24086207
SIEBMAN FORREST BURG & SMITH, L.L.P.
300 N. Travis St.
Sherman, TX 75090
Phone: (903) 870-0070
Fax: (903) 870-0066
elizabethforrest@siebman.com

***ATTORNEYS FOR PLAINTIFF NTFN, INC.***

By: /s/ *Michael Y. Kim (w/permission)*

Michael Y. Kim
State Bar No. 24039960
mkim@mkimlegal.com
Ericha Ramsey Brown
State Bar No. 24051952
erbrown@mkimlegal.com
THE MICHAEL KIM LAW FIRM, PLLC
4236 W. Lovers Lane

Dallas, Texas 75209
(214) 357-7533
(214) 357-7531 Facsimile

***ATTORNEYS FOR DEFENDANTS GREGORY WEBB, COREY KIRKPATRICK, THERESA ALLEN, CRAIG RHODES, AND RICHARD HEBERT***

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: *W. Jackson Wisdom (w/permission)*
    W. Jackson Wisdom
    State Bar No. 21804025
    Federal I.D. No. 13756
    808 Travis, 20th Floor
    Houston, Texas 77002
    Telephone: (713) 632-1700
    Facsimile: (713) 222-0101
    Email: wisdom@mdjwlaw.com

By: *Mark J. Dyer (w/permission)*
    MARK J. DYER
    State Bar No. 06317500
    dyer@mdjwlaw.com
    9111 Cypress Waters Blvd.; Suite 250
    Dallas, Texas 75019
    214-420-5500
    214-420-5501 (fax)

***ATTORNEYS FOR DEFENDANT AMCAP MORTGAGE, LTD.***